AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED'08 MAY 20 11:22USDC-ORP

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 04-26-HA |
| Selwyn T. Stafford ) | USM No: 54787-065 |
| ) | Stephen R. Sady |
| Date of Previous Judgment: 06/28/2005 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in count 1 of the second amended ~~the last~~ judgment ~~issued~~) of __136 months__ months is reduced to __120 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 97 to 121 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the ~~judgment~~ second amended judgment dated __06/28/2005__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5-20-08

Judge's signature

Effective Date: _____
(if different from order date)

Ancer L. Haggerty, Chief District Court Judge
Printed name and title